VANESSA AYALA (In Pro Per)
1030 Rider Avenue, Apt. 10
Salinas, CA 93905
Telephone: (831) 235-1911
Email: vammage@yahoo.com

ALEX G. TSE, CSBN 152348
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
TINA L. NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA AYALA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO. 5:17-cv-06913-NC<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A); ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys, that the above entitled action may be dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

Respectfully submitted,

Dated: September 21, 2018 /s/ *Vanessa Ayala*
(*as authorized by email on September 21, 2018)
VANESSA AYALA
In Pro Per

Dated: September 21, 2018 ALEX G. TSE
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

For good cause appearing therein, IT IS HEREBY ORDERED that the Joint Stipulation for Voluntary Dismissal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: September 21, 2018

THE HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge

*GRANTED*
Judge Nathanael M. Cousins